Wayne C. Mayer
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness(es):   ISIDRO GARCIA MARTINEZ
SIXTO TZIU POOT
JESUS COHUO TZIU

FILED
2007 JAN 11  PM 1:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06 CR 2542 BEN |
| Plaintiff, | DECLARATION IN SUPPORT OF ORDER RELEASING MATERIAL WITNESS(ES), AND ORDER RELEASING MATERIAL WITNESS(S): |
| vs. | |
| BARNABE RAMIREZ RAMIREZ, | ISIDRO GARCIA MARTINEZ |
| Defendant(s). | SIXTO TZIU POOT |
| | JESUS COHUO TZIU |

### DECLARATION IN SUPPORT OF ORDER RELEASING WITNESS

I, Wayne C. Mayer, declare I the attorney appointed to represent the material witnesses in the above referenced matter. Further, I am informed and believe that the defendants changed their pleas to guilty in the above referenced matter and the plea has been accepted by this court. Further I have spoken to defense attorney Heather Rogers and AUSA Christopher Tenorio and they have no objection to the release of the material witnesses for their return to their country of origin. In view of the change of pleas, I am advised by government and defense counsel that the material witness(es) are no longer necessary.

I make this declaration under the penalty of perjury and the laws of the State of California

Dated: 1-11-07

Wayne C. Mayer

1

06 CR 2542 BEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Attorney for Material Witness(es)
**ISIDRO GARCIA MARTINEZ**
**SIXTO TZIU POOT**
**JESUS COHUO TZIU**

## ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses be released from custody:

**ISIDRO GARCIA MARTINEZ**
**SIXTO TZIU POOT**
**JESUS COHUO TZIU**

Dated: 1/10/07

_____
The Honorable Roger T. Benitz
United States District Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Bernambe Ramirez Ramirez<br><br>Defendant(s) | CRIMINAL NO. 06cr2542-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 00233298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Isidro Garcia-Martinez

DATED: January 11, 2007

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 06cr2542-BEN |
| vs. | ) | ORDER |
| Beinanbe Ramirez-Ramirez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 00232298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Sixto Tziu-Pool

DATED: January 11/2007

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Bernanbe<br>Ramirez-Ramirez<br><br>Defendant(s) | CRIMINAL NO. 06CR2542-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 00234298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jesus Cohuo-Tziu

DATED: January 11/2007

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082